



# MEMORANDUM OPINION

No. 04-11-00569-CR

**IN RE** David **CEPEDA JONES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  August 24, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On August 3, 2011, relator filed two petitions for writ of mandamus. The court has considered relator's petitions and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petitions for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a).

Additionally, relator filed an Application for Leave to File Petition for Writ of Mandamus. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. Therefore, relator's motion for leave to file is DENIED as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 887946, in the County Court at Law No. 8, Bexar County, Texas, the Honorable Liza Rodriguez presiding, and Cause No. CM-002974, in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.